UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE Armando Vazquez : CHAPTER 7
:
: Case No. 23-02467

## MOTION TO RE-OPEN CASE

1. The Debtor's case was closed on January 17th, 2024, without a discharge, for failure to file the Official Form 423 for her attorney.

2. The Debtor had completed an instructional course concerning financial management on December 30, 2023, but did not file the Official Form 423 with the certificate of debtor education attached in time.

3. The Official Form 423 with the certificate of Debtor Education attached as an exhibit has since been filed by the Debtor.

4. Debtor and Counsel apologizes to the Court for this oversight.

5. Debtor requests that his case be reopened so that he may obtain a discharge in this case.

Wherefore, Debtor requests that this case be reopened so that he may obtain a discharge in this case.

/s/ Vicki Piontek  1/18/2024
_____  _____
Vicki Piontek, Esquire  Date
Attorney for Debtor
58 East Front Street
Danville, PA. 17821
215-290-6444
Fax: 866-408-6735
vicki.piontek@gmail.com