UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re. Armando Vazquez,  :  Chapter 7
                         :
      Debtor             :  Case No. 23-02184

**ORDER**

AND NOW, this_____day of _____, 20_____,

upon consideration of Debtor's MOTION TO RE-OPEN CASE, the same shall be

GRANTED. The Debtor's case shall be reopened.

_____
The Court