United States Bankruptcy Court
For the Middle District of Pennsylvania

| | | |
|---|---|---|
| In Re. Armando Vazquez, | : | Chapter 7 |
| | : | |
| Debtor | : | Case No. 23-02184 |

## CERTIFICATE OF SERVICE

A copy of the attached motion was sent by email to the Chapter 7 Trustee at the following email addresses, and filed through the ECF system.

lyoung@cgalaw.com

/s/ Vicki Piontek      1-18-2024

_____    _____
Vicki Piontek, Esquire           Date
Supreme Court ID Number 83559
Attorney for Debtor
58 East Front Street
Danville, PA. 17821
215-290-6444
Fax: 866-408-6735
vicki.piontek@gmail.com