UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re. Armando Vazquez,     :     Chapter 7
                            :
Debtor                      :     Case No. 23-02184

**MOTION TO WAIVE FEE TO RE-OPEN CASE**

1. The Debtor's case was closed on January 17, 2024, without a discharge, because Debtor had forgotten to electronically sign the Official Form 423.

2. The Debtor had completed an instructional course concerning financial management on or about December 30, 2023.

3. Debtor has since filed a Certificate showing that he has completed the financial management course as well at the Official Form 423.

4. Debtor and her Counsel apologizes for this oversight.

5. Debtor requests that his case be reopened so that he may obtain a discharge in this case.

6. Debtor's only personal source of income is his Social Security.

Wherefore, Debtor requests that the fee to open his Bankruptcy case be waived.

/s/ Vicki Piontek         1-18-2024
_____    _____
Vicki Piontek, Esquire    Date
Supreme Court ID Number 83559
Attorney for Debtor
58 East Front Street, Danville, PA. 17821
215-290-6444 Fax: 866-408-6735
vicki.piontek@gmail.com