UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re. Armando Vazquez, : Chapter 7
:
Debtor : Case No. 23-02184

**ORDER**

AND NOW, this _____ day of _____, 20\_\_\_\_\_, upon consideration of Debtor's MOTION TO WAIVE FEE TO RE-OPEN CASE, the same shall be granted. The fee to reopen the case shall be waived.

_____
The Court