UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: Armando Vazquez, : Chapter 7
:
Debtor : Case No. 23-02184

### ORDER

Upon consideration of Debtor's Motion to Reopen Case, Doc. 28, and the hearing held on January 30, 2024, for the reasons stated on the record, it is

**ORDERED** that the Motion is **GRANTED**. The above-captioned case is reopened for the limited purpose of allowing the Debtor to file his Certification About a Financial Management Course. Such Certification, to the extent not already filed, shall be filed within 14 days or the case may be reclosed without further notice and without entry of discharge.

By the Court,

*/s/ Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 30, 2024